**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

Lyman Russell Rea, Marc Rea, William Rea, Melissa Rea, and Millicent Lindauer, Plaintiffs,

Of whom Lyman Russell Rea is the Appellant,

v.

Greenville County Detention Center, Respondent.

Appellate Case No. 2012-212715

Appeal From Greenville County
G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2013-UP-424
Submitted October 1, 2013 – Filed November 20, 2013

**AFFIRMED**

Lyman Russell Rea, of Pittsburg, MO, pro se.

Christopher R. Antley, of Devlin & Parkinson, P.A., of Greenville, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Staubes v. City of Folly Beach*, 339 S.C. 406, 412, 529 S.E.2d 543,

546 (2000) ("It is well-settled that an issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the trial court to be preserved for appellate review."); *id*. ("Without an initial ruling by the trial court, a reviewing court simply [cannot] evaluate whether the trial court committed error.").

**AFFIRMED.**[1]

**SHORT, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.